UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

US DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN 13 A 11: 26

<u>United States of America</u>

v.    Case No. 04-cr-197-01-SM

<u>Howard Allen</u>

O R D E R

Defendant Allen's motion to continue the final pretrial conference and trial is granted (document no. 39). Trial has been rescheduled for the September 2005 trial period. Defendant Allen shall file a waiver of speedy trial rights not later than June 16, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 31, 2005 at 3:30 p.m.

**Jury Selection:** September 7, 2005 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

June 13, 2005

cc:  R. Brian Snow, Esq.
     Mark Howard, AUSA
     US Probation
     US Marshal